[No. 16720-1-I.   Division One.   December 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
CAREY BELTER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-03770-5, Frank L. Sullivan, J., entered
June 20, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Webster and Pekelis, JJ.

[Nos. 18638-8-I; 18833-0-I.   Division One.   December 8, 1986.]

DEAN CHAUSSEE, ET AL, *Respondents,* v. MARYLAND
CASUALTY COMPANY, *Petitioner.*

Appeals from a judgment of the Superior Court for King
County, No. 84-2-15784-4, Charles V. Johnson, J., entered
June 16, 1986. *Reversed* and *remanded with instructions*
by unpublished per curiam opinion.

[No. 15559-8-I.   Division One.   December 8, 1986.]

THE CITY OF SEATTLE, *Petitioner,* v. DONALD JACOBY,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-01111-1, Liem E. Tuai, J., entered October 2, 1984. *Reversed* and *remanded with instructions* by
unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 15557-1-I.   Division One.   December 8, 1986.]

THE CITY OF SEATTLE, *Petitioner,* v. RAYMOND
VAN BRUWAENE, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-01108-1, Liem E. Tuai, J., entered October 2, 1984. *Reversed* and *remanded with instructions* by
unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Swanson, J.